AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Nicholas A. Massey,<br>*Plaintiff*<br>v.<br>Joseph T. Morf;<br>***David M. Stumbo; Demetrius G. Andrews; The Eighth Circuit Solicitor's Office; The South Carolina Department of Public Safety,<br>*Defendant(s)* | Civil Action No.   6-21-cv-396-DCC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

■ other: summary judgment is entered for Defendant Morf.

***Defendants David M. Stumbo, Demetrius G. Andrews, The Eighth Circuit Solicitor's Office and The South Carolina Department of Public Safety were dismissed on March 22, 2022 per Order  [ECF Doc. 60].

This action was:

■ decided by the Honorable Donald C. Coggins, Jr.

Date:   June 17, 2022

*CLERK OF COURT*

s/L.K. McAlister, Deputy Clerk

*Signature of Clerk or Deputy Clerk*